

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2015

No. 04-14-00896-CV

Hugo **ALANIZ,**
Appellant

v.

Jose Maria **AGUIRRE,** Elias Aguirre Jr., Argelio Aguirre, Jose Guadalupe Aguirre, and Elsa A. Lara,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-09-71
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

Appellant's brief was originally due April 23, 2015; however, the court granted appellant an extension of time until May 14, 2015. Appellant has filed a motion asking for an additional extension of time to file the brief.

We **grant the motion** and **order** appellant's brief due **June 12, 2015.** Appellant is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court